# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# FORT MYERS DIVISION

UNITED STATES OF AMERICA

-vs-   Case No.: 2:10-MJ-1039SPC

WILSON RIGOBERTO FRANCISCO MIGUEL

_____

## ORDER

This matter comes before the Court on the Motion to Release Material Witness (Doc. #14) filed on August 13, 2010. On March 12, 2010, the Material Witness was ordered detained because he is subject to deportation or removal from the United States by the Immigration and Customs Enforcement Agency ("ICE"). The Government indicates that the testimony of the material witness is no longer necessary. Thus, he can be released to the custody of ICE for deportation or removal proceedings.

Accordingly, it is now

**ORDERED:**

The Motion to Release Material Witness (Doc. #14) is **GRANTED**. The Defendant can be released to the custody of ICE for deportation or removal proceedings.

**DONE AND ORDERED** at Fort Myers, Florida, this ___16th___ day of August, 2010.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record